IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STACY GALL and CATHY CALL | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| V. | * | |
| | * | NO: 4:15CV00210 SWW |
| ADAM ROBERTSON, JAMES | * | |
| POTTER, JAMES FOSTER, and | * | |
| CHRIS HOLMES, individually and in | * | |
| their capacities as officers of the Pulaski | * | |
| Court Sheriff's Department | * | |
| | * | |
| Defendants | * | |

## ORDER

By order entered November 12, 2015 [ECF No. 29], the Court granted Plaintiffs' motion to voluntarily dismiss, and the Court dismissed this action without prejudice. Now before the Court is Plaintiffs' motion to reinstate the case for the purpose of dismissing the action with prejudice [ECF No. 30].

IT IS THEREFORE ORDERED that Plaintiffs' motion [ECF No. 30] is GRANTED. This action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 1ST DAY OF DECEMBER, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE